[No. 32513-1-I.    Division One.    April 25, 1994.]

FRIEDA BOWSER, *Respondent*, v. PONY EXPRESS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-08866-5, Liem E. Tuai, J., entered March 26, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 32308-3-I.    Division One.    April 25, 1994.]

RIKKI JUNE BANNISTER, *Respondent*, v. GLENN EDWARD NEFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-16975-5, Charles W. Mertel, J., entered January 29, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.

[No. 30786-0-I.    Division One.    April 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN LARNEL STEPHENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05930-2, William L. Downing, J., entered May 26, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29554-3-I.    Division One.    April 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR PAZ-TOSCANO, *Defendant*, BRIAN HOBBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03474-1, LeRoy McCullough, J., entered November 13, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Kennedy, J.